Case 1:18-mc-00864   Document 1   Filed 12/19/18   Page 1 of 2



# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

**Suzanne C. Johnson**
Acting Clerk

Suzanne C. Johnson
Chief Deputy

Marie Warrick
Doneice Burnette
Rachael Spicknall
Kisha Taylor-Wallace
Deputies

Allison Gray
Administrative Support

Sara Rice
Senior Recorder

Sandra Belt
Assistant Recorder

**N O T I C E**

December 5, 2018

I, Suzanne C. Johnson, Acting Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated November 5, 2018

**CHARLES BOILEAU BAILEY**

2316 Dargan Road
Sharpsburg, Maryland 21782

has been suspended by consent for thirty (30) days, effective December 5, 2018 from the further practice of law in this State and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this fifth day of December, 2018.

/s/ Suzanne C. Johnson
Acting Clerk
Court of Appeals of Maryland

TTY FOR DEAF 410-260-1554